UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - x
OMAR MORRISON, Individually and     No.3:09CV01285(AWT)
on behalf of others
similarly situated

                Plaintiffs

          vs.

OCEAN STATE JOBBERS, INC.
                                    HARTFORD, CONNECTICUT
                    Defendant       APRIL 19, 2016
- - - - - - - - - - - - - - - - - x

**EXCERPT OF JURY TRIAL**


**DEFENDANT'S OPENING STATEMENT**


    BEFORE:

        HON. ALVIN W. THOMPSON, U.S.D.J.

            AND A JURY



                        Corinna F. Thompson, RPR
                        Official Court Reporter

1    APPEARANCES:

2

          FOR THE PLAINTIFFS:
3

              HAYBER LAW FIRM, LLC
4                   221 Main Street
                    Suite 502
5                   Hartford, Connecticut  06106
                 BY:  RICHARD E. HAYBER, ESQ.
6

7                LICHTEN & LISS-RIORDAN
                    729 Boylston Street
8                   Suite 2000
                    Boston, Massachusetts  02116
9                BY:  SHANNON LISS-RIORDAN, ESQ.
                     JILL KAHN, ESQ.
10

11       FOR THE DEFENDANT:

12            COZEN & O'CONNOR
                    277 Park Avenue
13                  New York, New York  10172
                 BY:  MICHAEL C. SCHMIDT, ESQ.
14

15
              COZEN & O'CONNOR
16                  1650 Market Street
                    Suite 2800
17                  Philadelphia, Pennsylvania  19103
                 BY:  JONATHAN R. CAVALIER, ESQ.
18

19

20

21

22

23

24

25

1          (Transcript excerpt follows.)

2

3          MR. SCHMIDT:  A retail store does not run

4     itself.  It doesn't run itself.

5          Anybody can file a lawsuit.  We talked about

6     that yesterday.  And anybody can get on the witness

7     stand and tell you that I spent 60 percent, 70 percent

8     of my day pushing freight, getting merchandise on to the

9     shelves so it can go out to the customers.  And anybody

10    can come and sit on the stand and say that they are

11    suing the company because they believe that they were

12    treated just the same as the hourly associates in the

13    store were being treated.  But we're going to need to

14    look a little bit deeper than just those surface claims.

15    We're going to have to understand when we hear

16    everything what was expected and what was understood by

17    the people who were getting on the stand making those

18    claims.

19          This is a retail store in a retail industry,

20    and anybody who has either worked in a retail store or

21    know somebody who's worked in a retail store, knows that

22    you roll up your sleeves sometimes and you help out with

23    some tasks in a retail store.  If you walk into a Gap,

24    for example, you may see a manager helping to fold a

25    shirt that was found on the floor, bringing some

1    merchandise out from the back room.  This is the retail

2    industry.  But you can't run an entire store.  You can't

3    operate an entire store solely with people who are

4    expected to do nothing more than push freight and bring

5    merchandise from the back room.  And rather than stand

6    here and tell you what the facts are and tell you what

7    the evidence is -- I'm only a lawyer -- I want to leave

8    some questions for you:

9            Who's assigning the work to the associates

10   that has to be done in the store and making sure that

11   the store is properly staffed and training these

12   associates, not only to do the work but so that they can

13   have some upward mobility?  And monitoring and following

14   up, not just assigning work to people and letting it get

15   done, but who is following up with the associates to

16   make sure that the work is getting done and the

17   associates are productive?  Who was observing and

18   disciplining the people in the store when company

19   policies and company standards are being violated and

20   being broken?  Who's making sure that Ocean State's

21   property and assets in the store are being properly

22   protected?

23           We're going to let the evidence speak for

24   itself and we're going to let the witnesses speak for

25   themselves.

1          Who's primarily responsible at the end of the

2     day for managing the store's operations, the people who

3     are there in the store managing that store's operations

4     and the people who are working in that store over the

5     course of an actual week to make sure that the customers

6     who are going to that store at the end of the day have

7     the most positive shopping experience?

8          Jon and I and certainly our client, Ocean

9     State, thank you as well in advance for this significant

10    time that you are taking out of your busy lives to

11    resolve the dispute that is of primary importance to

12    Ocean State, as it is important to the plaintiffs as

13    well.  We thank you for listening to all of the

14    evidence, to the whole picture, what both sides present

15    to you before making up your mind about what all the

16    evidence tells you that Ocean State wanted, what Ocean

17    State expected and told its ASMs about what their role

18    was going to be as ASMs, assistant store managers, and

19    about how Ocean State treated its ASMs relative to

20    nonmanagement.

21         We believe at the end of trial that the

22    evidence is going to show that Ocean State store

23    managers and Ocean State ASMs work together in their

24    stores as the in-store management team there physically

25    in the store.  It's not just about what time is being

1    spent and how much time or what was most important.  And

2    that the store managers and the ASMs work together in

3    the store as a management team to manage the store and

4    to manage the people in the store.

5            A retail store, ladies and gentlemen, does not

6    run itself.

7                    (End of transcript excerpt.)

8                        *  *  *  *  *

7

1

2                    C E R T I F I C A T E

3

4     OMAR MORRISON, ET AL VS. OCEAN STATE JOBBERS, INC.

5                    3:09CV01285(AWT)

6

7

8          I, Corinna F. Thompson, RPR, Official Court

9     Reporter for the United States District Court for the

10    District of Connecticut, do hereby certify that the

11    foregoing pages, pages 1 – 6, are a true and accurate

12    transcription of AN EXCERPT OF my shorthand notes taken

13    in the aforementioned matter on April 19, to the best of

14    my skill and ability.

15

16

17

18

19              /s/_____

20                 CORINNA F. THOMPSON, RPR
                    Official Court Reporter
                  450 Main Street, Room #225
21                Hartford, Connecticut 06103
                       (860) 547–0580

22

23

24

25