UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X
OMAR MORRISON, CARLI GALASSO and
MANUEL TOPPINS, individually and on behalf of
other similarly situated Assistant Store Managers,        CIVIL ACTION NO.:

                   Plaintiffs,        3:09-CV-1285 (AWT)

   -against-

OCEAN STATE JOBBERS, INC.,

                 Defendant.
-------------------------------------------------------------------X

## PLAINTIFFS' SUPPLEMENTAL REQUEST TO CHARGE

To establish good faith, Ocean State must show that it took active steps to ascertain the dictates of the law and then acted to comply with them. Good faith is not demonstrated by the absence of complaints from employees or simple conformity with industry-wide practice. Moreover, merely asking for advice is not enough if the appropriate questions are not asked, or if active steps are not taken to follow up on the advice.[1]

---

[1] Reich v. S. New England Telecommunications Corp., 121 F.3d 58, 71 (2d Cir. 1997).

1

April 28, 2016

Respectfully submitted,

Plaintiffs, Omar Morrison, Carli Galasso, Manuel Toppins, Individually and on Behalf of Others Similarly Situated

By: _/s/ Shannon Liss-Riordan_____
Shannon Liss-Riordan, *Pro Hac Vice*
Jill Kahn, *Pro Hac Vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994 – 5800
sliss@llrlaw.com

Richard E. Hayber, Esq.
The Hayber Law Firm, LLC
Fed No.: ct11629
221 Main Street, Suite 502
Hartford, CT 06106
Phone: (860) 522-8888
Fax: (860) 218-9555
rhayber@hayberlawfirm.com

## CERTIFICATION OF SERVICE

  I hereby certify that on April 28, 2016, a copy of this document was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Courts system.

                */s/ Shannon Liss-Riordan*_____
                Shannon Liss-Riordan, Esq.